IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GIRLIS HUGH SERRATT, #179785, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-625-RAH |
| | ) |
| REOSHA BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Recommendation of the United States Magistrate Judge entered December 8, 2020. (Doc. 35.) The Plaintiff filed an objection on January 13, 2021. (Doc. 41.) Based on an independent review of the record, it is

ORDERED as follows:

1. The Objection (Doc. 41) is OVERRULED.

2. The Recommendation (Doc. 35) is ADOPTED.

3. The Motion for Preliminary Injunction (Doc. 7, at p.5) is DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, on this the 17th day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE